Gary A. Zipkin
Josh Van Gorkom
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com
E-mail: jvangorkom@guessrudd.com

Attorneys for First Mercury Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TIEMPO BEVERAGE COMPANY, INC., ARMAND NYBORG, LILLIAN NYBORG, and CHRISTOPHER COX d/b/a CAROUSEL LOUNGE,<br><br>    Defendants. | Case No. 3:13-cv-00069-SLG<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL BEFORE ANSWER |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), First Mercury Insurance Company, by and through its attorneys, Guess & Rudd, P.C., hereby dismisses this action without prejudice.

//

//

Notice of Voluntary Dismissal Before Answer
First Mercury Insurance Co. v. Tiempo Beverage Co., et al., Case No. 3:13-cv-00069-SLG
Page 1 of 2

Case 3:13-cv-00069-SLG Document 7 Filed 07/17/13 Page 1 of 2

DATED at Anchorage, Alaska, this 17th day of July, 2013.

                                        GUESS & RUDD, P.C.
                                        Attorneys for Plaintiff

                                  By:   s/ Gary A. Zipkin
                                        Guess & Rudd P.C.
                                        510 L Street, Suite 700
                                        Anchorage, Alaska 99501
                                        Phone: (907) 793-2200
                                        Fax: (907) 793-2299
                                        Email: gzipkin@guessrudd.com
                                        Alaska Bar No. 7505048

Notice of Voluntary Dismissal Before Answer
First Mercury Insurance Co. v. Tiempo Beverage Co., et al., Case No. 3:13-cv-00069-SLG
Page 2 of 2

Case 3:13-cv-00069-SLG   Document 7   Filed 07/17/13   Page 2 of 2